UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAMBRIDGE PLACE INVESTMENT MANAGEMENT, INC.<br><br>　　　　Plaintiff,<br><br>v.<br><br>MORGAN STANLEY& CO., INC., *et al*.<br><br>　　　　Defendants. | Civil Action No. 1:11-cv-10992 |

**UNOPPOSED MOTION TO ADMIT ATTORNEYS EDWARD J. FUHR, ERIC H. FEILER, MATTHEW P. BOSHER AND TREVOR S. COX *PRO HAC VICE***

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, the undersigned counsel hereby moves that Edward J. Fuhr, Eric H. Feiler, Matthew P. Bosher and Trevor S. Cox, all of the law firm Hunton & Williams LLP, 951 E. Byrd Street, Riverfront Plaza, East Tower, Richmond, Virginia 23219, be permitted to appear and participate in this action *pro hac vice* as counsel for Defendant FBR Securitization, Inc.

In support of this Motion, the undersigned counsel state as follows:

1.　　Kevin W. Clancy is a member of the Bar of this Court and is actively engaged in the practice of law in Massachusetts from the offices of Cooke Clancy & Gruenthal, LLP, One Liberty Square, Boston, Massachusetts. He has appeared in this matter as counsel for Defendant FBR Securitization, Inc.

2.　　As set forth in the Certification attached hereto as Exhibit A, Edward J. Fuhr is a member in good standing of the Bar of the Commonwealth of Virginia and the District of Columbia, the United States Supreme Court, the United States Courts of Appeal for the Second,

Third, Fourth, Sixth and Eleventh Circuits, and the United States District Courts for the Eastern and Western Districts of Virginia. There are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction.

3. As set forth in the Certification attached hereto as Exhibit B, Eric H. Feiler is a member in good standing of the Bar of the Commonwealth of Virginia, the United States Courts of Appeal for the Third and Fourth Circuits, and the United States District Courts for the Eastern and Western Districts of Virginia. There are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction.

4. As set forth in the Certification attached hereto as Exhibit C, Matthew P. Bosher is a member in good standing of the Bar of the Commonwealth of Virginia, the United States District Courts for the Eastern and Western Districts of Virginia, and the United States District Courts for the Eastern and Southern Districts of New York. There are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction.

5. As set forth in the Certification attached hereto as Exhibit D, Trevor S. Cox is a member in good standing of the Bar of the Commonwealth of Virginia. There are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction.

6. The undersigned is informed that Edward J. Fuhr, Eric H. Feiler, Matthew P. Bosher and Trevor S. Cox have reviewed and are familiar with the Local Rules of the United States District Court for the District of Massachusetts.

7. Counsel for the Plaintiff has indicated that the Plaintiff does not oppose the relief sought by this Motion.

WHEREFORE, Defendant FBR Securitization, Inc., respectfully requests that this Court grant this Motion to admit Edward J. Fuhr, Eric H. Feiler, Matthew P. Bosher and Trevor S. Cox *pro hac vice* in this matter.

**FBR SECURITIZATION, INC.**

By its attorney,

  __/s/ *Kevin W. Clancy*_____
  Kevin W. Clancy (BBO No. 552590)
  COOKE, CLANCY & GRUENTHAL, LLP
  One Liberty Square
  Boston, MA  02109
  (617) 428-6800
  (617) 428-6868 (fax)
  kclancy@ccg-law.com

Dated:  June 20, 2011

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I hereby certify that I have conferred in good faith with counsel for plaintiff in an effort to narrow or resolve the issues raised in this motion, and plaintiff has indicated through its counsel that it does not oppose the relief sought in this motion.

  ”/s/” *Kevin W. Clancy*_____
  Kevin W. Clancy

## CERTIFICATE OF SERVICE

I certify that on this date I served a true copy of the foregoing by ECF upon counsel of record in this matter.

Dated:  June 20, 2011

  ”/s/” *Kevin W. Clancy*_____
  Kevin W. Clancy

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAMBRIDGE PLACE INVESTMENT MANAGEMENT, INC. )<br><br>Plaintiff, )<br><br>v. )<br><br>MORGAN STANLEY& CO., INC., *et al.* )<br><br>Defendants. ) | Civil Action No. 1:11-cv-10992 |

## CERTIFICATION OF EDWARD J. FUHR, ESQ. IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Edward J. Fuhr, Esq., do hereby state under oath as follows:

1. I am an attorney and a member in good standing of the Bar of the Commonwealth of Virginia. I was admitted to practice in the Commonwealth of Virginia in 1987. I make this Certification in support of the Motion to permit me to appear *pro hac vice* before this Honorable Court on behalf of defendant FBR Securitization, Inc. ("FBR"), in the within civil action.

2. I am a 1987 graduate of the University of Chicago Law School. In addition to Virginia state court, I am also admitted to practice and a member in good standing of the Bar of the District of Columbia, the United States Supreme court, the Courts of Appeal for the Second, Third, Fourth, Sixth and Eleventh Circuits, and the United States District Court for the Eastern and Western Districts of Virginia.

3. I am a Partner in the law firm of Hunton & Williams LLP, 951 E. Byrd St., Riverfront Plaza, East Tower, Richmond, VA 23219. I, together with other attorneys in my law firm, represent Defendant FBR, which is headquartered in the Commonwealth of Virginia.

4. I am a member in good standing in every jurisdiction in which I have been admitted to practice.

5. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

7. I respectfully request that I be permitted to appear *pro hac vice* on behalf of Defendant FBR in this matter.

I declare that the foregoing is true and correct. Signed under the pains and penalties of perjury this 16th day of June, 2011.

        ___*/s/ Edward J. Fuhr*_____
        Edward J. Fuhr, Esq.
        HUNTON & WILLIAMS LLP
        951 E. Byrd St.
        Riverfront Plaza, East Tower
        Richmond, VA  23219
        (804) 788-8200 (phone)
        (804) 788-8218 (fax)
        efuhr@hunton.com

**EXHIBIT B**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CAMBRIDGE PLACE INVESTMENT MANAGEMENT, INC. )<br><br>Plaintiff, )<br><br>v. )<br><br>MORGAN STANLEY & CO., INC., *et al.* )<br><br>Defendants. ) | Civil Action No. 1:11-cv-10992 |

**CERTIFICATION OF ERIC H. FEILER, ESQ. IN
SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Eric H. Feiler, Esq., do hereby state under oath as follows:

1. I am an attorney and a member in good standing of the Bar of the Commonwealth of Virginia. I was admitted to practice in the Commonwealth of Virginia in 1999. I make this Certification in support of the Motion to permit me to appear *pro hac vice* before this Honorable Court on behalf of defendant FBR Securitization, Inc. ("FBR"), in the within civil action.

2. I am a 1999 graduate of the University of Michigan Law School. In addition to Virginia state court, I am also admitted to practice and a member in good standing of the Bar of the Courts of Appeal for the Third and Fourth Circuits, and the United States District Court for the Eastern and Western Districts of Virginia.

3. I am a Partner in the law firm of Hunton & Williams LLP, 951 E. Byrd St., Riverfront Plaza, East Tower, Richmond, VA 23219. I, together with other attorneys in my law firm, represent Defendant FBR, which is headquartered in the Commonwealth of Virginia.

4. I am a member in good standing in every jurisdiction in which I have been admitted to practice.

5. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

7. I respectfully request that I be permitted to appear *pro hac vice* on behalf of Defendant FBR in this matter.

I declare that the foregoing is true and correct. Signed under the pains and penalties of perjury this 16th day of June, 2011.

      */s/ Eric H. Feiler*_____
Eric H. Feiler, Esq.
HUNTON & WILLIAMS LLP
951 E. Byrd St.
Riverfront Plaza, East Tower
Richmond, VA  23219
(804) 788-8200 (phone)
(804) 788-8218 (fax)
efeiler@hunton.com

# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CAMBRIDGE PLACE INVESTMENT MANAGEMENT, INC. )<br><br>Plaintiff, )<br><br>v. )<br><br>MORGAN STANLEY& CO., INC., *et al.* )<br><br>Defendants. ) | Civil Action No. 1:11-cv-10992 |

**CERTIFICATION OF MATTHEW P. BOSHER, ESQ. IN
SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Matthew P. Bosher, Esq., do hereby state under oath as follows:

1. I am an attorney and a member in good standing of the Bar of the Commonwealth of Virginia. I was admitted to practice in the Commonwealth of Virginia in 2008. I make this Certification in support of the Motion to permit me to appear *pro hac vice* before this Honorable Court on behalf of defendant FBR Securitization, Inc. ("FBR"), in the within civil action.

2. I am a 2001 graduate of the University of Virginia Law School.

3. I am an Associate in the law firm of Hunton & Williams LLP, 951 E. Byrd St., Riverfront Plaza, East Tower, Richmond, VA 23219. I, together with other attorneys in my law firm, represent Defendant FBR, which is headquartered in the Commonwealth of Virginia.

4. I am a member in good standing in every jurisdiction in which I have been admitted to practice.

5. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

7. I respectfully request that I be permitted to appear *pro hac vice* on behalf of Defendant FBR in this matter.

I declare that the foregoing is true and correct. Signed under the pains and penalties of perjury this 16th day of June, 2011.

        */s/ Matthew P. Bosher*
Matthew P. Bosher, Esq.
HUNTON & WILLIAMS LLP
951 E. Byrd St.
Riverfront Plaza, East Tower
Richmond, VA  23219
(804) 788-8200 (phone)
(804) 788-8218 (fax)
mbosher@hunton.com

# EXHIBIT D

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CAMBRIDGE PLACE INVESTMENT MANAGEMENT, INC. )<br><br>   Plaintiff, )<br><br>v. )<br><br>MORGAN STANLEY& CO., INC., et al. )<br><br>   Defendants. ) | Civil Action No. 1:11-cv-10992 |

## CERTIFICATION OF TREVOR S. COX, ESQ. IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Trevor S. Cox, Esq., do hereby state under oath as follows:

1. I am an attorney and a member in good standing of the Bar of the Commonwealth of Virginia. I was admitted to practice in the Commonwealth of Virginia in 2009. I make this Certification in support of the Motion to permit me to appear *pro hac vice* before this Honorable Court on behalf of defendant FBR Securitization, Inc. ("FBR"), in the within civil action.

2. I am a 2009 graduate of Harvard Law School.

3. I am an Associate in the law firm of Hunton & Williams LLP, 951 E. Byrd St., Riverfront Plaza, East Tower, Richmond, VA 23219. I, together with other attorneys in my law firm, represent Defendant FBR, which is headquartered in the Commonwealth of Virginia.

4. I am a member in good standing in every jurisdiction in which I have been admitted to practice.

5. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

7. I respectfully request that I be permitted to appear *pro hac vice* on behalf of Defendant FBR in this matter.

I declare that the foregoing is true and correct. Signed under the pains and penalties of perjury this 16th day of June, 2011.

                                             __/s/ Trevor S. Cox_____
Trevor S. Cox, Esq.
HUNTON & WILLIAMS LLP
951 E. Byrd St.
Riverfront Plaza, East Tower
Richmond, VA  23219
(804) 788-8200 (phone)
(804) 788-8218 (fax)
tcox@hunton.com