**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CAMBRIDGE PLACE INVESTMENT MANAGEMENT INC., <br><br> Plaintiff, <br><br> v. <br><br> MORGAN STANLEY & CO., INC., et al., <br><br> Defendants. | Civil Action No. 1:11-cv-10992 <br><br> Related to Case No. 10-cv-11376-NMG <br><br> (Superior Court of the Commonwealth of Massachusetts for Suffolk County Case No. 11-0555-BLS) |

**AMENDED CORPORATE DISCLOSURE STATEMENT OF**
**DEFENDANT NOVASTAR MORTGAGE FUNDING CORPORATION**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3, Defendant NovaStar Mortgage Funding Corporation hereby certifies that it is a wholly owned subsidiary of NovaStar Mortgage, Inc. NovaStar Mortgage, Inc. is a wholly owned subsidiary of NFI Holding Corporation, which is a wholly owned subsidiary of NovaStar Financial, Inc. NovaStar Financial, Inc. is a publicly traded corporation.

- 2 -

Respectfully submitted,

NOVASTAR MORTGAGE FUNDING CORPORATION,

By its attorneys,

/s/ Wm. Shaw McDermott
Wm. Shaw McDermott (BBO # 330860)
Phoebe S. Winder (BBO #567103)
Robert W. Sparkes, III (BBO #663626)
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Tel: (617) 261-3100
Fax: (617) 261-3175
Shaw.mcdermott@klgates.com
phoebe.winder@klgates.com
robert.sparkes@klgates.com

William F. Alderman (*Pro Hac Vice To Be Filed*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Tel: (415) 773-5944
Fax: (415) 773-5759

June 20, 2011 walderman@orrick.com

- 3 -

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, by first-class mail, postage prepaid, on June 20, 2011.

                                      /s/ Wm. Shaw McDermott
                                      Wm. Shaw McDermott