**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CAMBRIDGE PLACE INVESTMENT MANAGEMENT INC., <br><br> Plaintiff, <br><br> v. <br><br> MORGAN STANLEY & CO., INC., *et al.*, <br><br> Defendants. | Case No. 1:11-cv-10992-NMG |

**PLAINTIFF'S MOTION TO REMAND**
**THIS ACTION TO MASSACHUSETTS STATE COURT**

Plaintiff Cambridge Place Investment Management Inc., by its attorneys, respectfully moves this Court for the entry of an order abstaining from hearing this action and remanding the action to the Superior Court for the Commonwealth of Massachusetts, Suffolk County, Business Litigation Session pursuant to either 28 U.S.C. § 1334(c)(2) (mandatory remand) or 28 U.S.C. §§ 1334(c)(1) and 1452(b) (equitable remand). In support of this Motion, Plaintiff relies on its concurrently filed Memorandum of Law in Support of Plaintiff's Motion to Remand This Action to Massachusetts State Court and the Declaration of David R. Stickney in Support of Plaintiff's Motion to Remand.

Dated: July 5, 2011　　　　　　　　**CAMBRIDGE PLACE INVESTMENT MANAGEMENT INC.**

By its attorneys,

　　　*/s/ David R. Stickney*
　　　DAVID R. STICKNEY

David R. Stickney (admitted pro hac vice)
Timothy A. DeLange (admitted pro hac vice)
Matthew P. Jubenville (admitted pro hac vice)
Takeo A. Kellar (admitted pro hac vice)
**BERNSTEIN LITOWITZ BERGER**
　**& GROSSMANN LLP**
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:  (858) 793-0070
Fax:  (858) 793-0323
davids@blbglaw.com
timothyd@blbglaw.com
matthewj@blbglaw.com
takeok@blbglaw.com

　　　　-and-

Gerald H. Silk (admitted pro hac vice)
David L. Wales (admitted pro hac vice)
Jai Chandrasekhar (admitted pro hac vice)
Lauren A. McMillen (admitted pro hac vice)
**BERNSTEIN LITOWITZ BERGER**
　**& GROSSMANN LLP**
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Tel:     (212) 554-1400
Fax:     (212) 554-1444
jerry@blbglaw.com
dwales@blbglaw.com
jai@blbglaw.com
lauren@blbglaw.com

　　　　-and-

T. Christopher Donnelly
(BBO # 129930)
Michael S. D'Orsi
(BBO # 566960)
**DONNELLY. CONROY & GELHAAR, LLP**
One Beacon Street, 33d Floor
Boston, MA 02108
Tel:  (617) 720-2880
Fax:  (617) 720-3554
tcd@dcglaw.com
msd@dcglaw.com

*Counsel for Plaintiff Cambridge Place*
*Investment Management Inc.*

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that counsel for Plaintiff conferred in good faith with counsel for Defendants in an effort to narrow or resolve the issues raised in this motion.

_____*/s/ David R. Stickney*_____
David R. Stickney

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing on July 5, 2011.

_____*/s/ David R. Stickney*_____
David R. Stickney