**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CAMBRIDGE PLACE INVESTMENT MANAGEMENT INC., <br><br> Plaintiff, <br><br> v. <br><br> MORGAN STANLEY & CO., INC., *et al.*, <br><br> Defendants. | Case No. 1:11-cv-10992-NMG |

**DECLARATION OF DAVID R. STICKNEY IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND THIS ACTION TO MASSACHUSETTS STATE COURT**

I, David R. Stickney, declare under penalty of perjury as follows:

1. I am a partner in the law firm of Bernstein Litowitz Berger & Grossmann LLP, attorneys for Plaintiff Cambridge Place Investment Management Inc. ("Plaintiff"). I am a member in good standing of the bar of the State of California. The Court granted me leave to appear *pro hac vice* in this action on June 13, 2011. I submit this declaration in support of Plaintiff's motion to remand this action to the Superior Court for the Commonwealth of Massachusetts, Suffolk County, Business Litigation Session pursuant to either 28 U.S.C. § 1334(c)(2) (mandatory remand) or 28 U.S.C. §§ 1334(c)(1) and 1452(b) (equitable remand).

2. Attached as Exhibits A to C are true and correct copies of the following documents:

   Ex. A: Chief Magistrate Judge Dein's Report and Recommendation on Plaintiff's Motion to Remand (the "Remand R&R") in *Cambridge Place Investment Management*

  *Inc. v. Morgan Stanley & Co., Inc., et al.*, No. 10-cv-11376-NGM (the "Related Action");

Ex. B: Plaintiff's Opposition to Defendants' Joint Objection to the Remand R&R in the Related Action; and

Ex. C: Plaintiff's Opposition to Defendants' Joint Objection to Chief Magistrate Judge Dein's Report and Recommendation Denying Defendants' Motion to Take Jurisdictional Discovery in the Related Action.

 I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 5th day of July 2011.


             */s/ David R. Stickney*
             DAVID R. STICKNEY