**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| CAMBRIDGE PLACE INVESTMENT MANAGEMENT, INC. ) ) ) )  Plaintiff, ) ) v. ) ) MORGAN STANLEY & CO., INC., ET AL. ) ) Defendants. ) ) | Civil Action No. 1:11-cv-10992 Related to Case No. 10-cv-11376 |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF SHANNON KEAST**

Please take notice that Shannon Keast hereby withdraws her appearance of record on behalf of Ameriquest Mortgage Securities Inc., ("AMSI") Argent Securities, Inc. ("ARSI") and Park Place Securities, Inc. ("PPSI").  AMSI, ARSI and PPSI continue to be represented by Bernard E. LeSage and Karen L. Stevenson, Buchalter Nemer, 1000 Wilshire Boulevard, Ste. 1500, Los Angeles, CA 90017.

/s/  Shannon Keast
Shannon Keast, admitted *pro hac vice*
Buchalter Nemer, P.L.C.
1000 Wilshire Blvd., Ste. 1500
Los Angeles, CA 90014
213-891-0700
skeast@buchalter.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (FEF) and paper copies will be sent to those indicated as non-registered participants on July 11, 2011

/s/  Shannon Keast
Shannon Keast, admitted *pro hac vice*

L7526.0807 BN  9410705v1