UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAMBRIDGE PLACE INVESTMENT MANAGEMENT, INC.<br><br>    Plaintiff,<br>  v.<br><br>MORGAN STANLEY & CO., INC., ET AL.<br><br>    Defendants. | CASE NO.  11-cv-10992-NMG |

**NOTICE OF APPEARANCE**

Please enter the appearance of William T. Hogan III of Nelson Mullins Riley & Scarborough LLP, One Post Office Square, 30th Floor, Boston, MA 02109, on behalf of Defendant FBR Capital Markets & Co. in the above-captioned matter.

    FBR Capital Markets & Co.,

    By its attorneys,

    /s/ William T. Hogan, III
    William T. Hogan III (BBO # 237710)
    bill.hogan@nelsonmullins.com
    Nelson Mullins Riley & Scarborough LLP
    One Post Office Square, 30th Floor
    Boston, Massachusetts 02109
    p. (617) 573-4700
    f.  (617) 573-4710

Dated: July 13, 2011

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that this document filed through the ECF system will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) on July 13, 2011.

/s/ William T. Hogan, III
William T. Hogan
