UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAMBRIDGE PLACE INVESTMENT MANAGEMENT, INC.<br><br>          Plaintiff,<br>   v.<br><br>MORGAN STANLEY & CO., INC., ET AL.<br><br>          Defendants. | CASE NO. 11-cv-10992-NMG |

**NOTICE OF APPEARANCE**

Please enter the appearance of Patrick T. Clendenen of Nelson Mullins Riley & Scarborough LLP, One Post Office Square, 30th Floor, Boston, MA 02109, on behalf of Defendant FBR Capital Markets & Co. in the above-captioned matter.

                                     FBR Capital Markets & Co.,

                                     By its attorneys,

                                   /s/ Patrick T. Clendenen
                                   Patrick T. Clendenen (BBO #564165)
                                   pat.clendenen@nelsonmullins.com
                                   Nelson Mullins Riley & Scarborough LLP
                                   One Post Office Square, 30th Floor
                                   Boston, Massachusetts 02109
                                   p. (617) 573-4700
                                   f. (617) 573-4710

Dated: July 13, 2011

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) on July 13, 2011.

                                                    /s/ Patrick T. Clendenen  
                                                    Patrick T. Clendenen