UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAMBRIDGE PLACE INVESTMENT MANAGEMENT, INC.<br><br>    Plaintiff,<br>  v.<br><br>MORGAN STANLEY & CO., INC., ET AL.<br><br>    Defendants. | CASE NO.  11-cv-10992-NMG |

**NOTICE OF APPEARANCE**

Please enter the appearance of Heather L. Bennett of Nelson Mullins Riley & Scarborough LLP, One Post Office Square, 30th Floor, Boston, MA 02109, on behalf of Defendant FBR Capital Markets & Co. in the above-captioned matter.

         FBR Capital Markets & Co.,

         By its attorneys,

         /s/ Heather L. Bennett
         Heather L. Bennett (BBO # 673083)
         Heather.bennett@nelsonmullins.com
         Nelson Mullins Riley & Scarborough LLP
         One Post Office Square, 30th Floor
         Boston, Massachusetts 02109
         p. (617) 573-4700
         f.  (617) 573-4710

Dated: July 13, 2011

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) on July 13, 2011.

                                                     /s/ Heather L. Bennett
                                                     Heather L. Bennett