UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAMBRIDGE PLACE INVESTMENT MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> MORGAN STANLEY & CO., INC.; CITIGROUP GLOBAL MARKETS INC.; CREDIT SUISSE SECURITIES (USA) LLC; RBS SECURITIES, INC.; DEUTSCHE BANK SECURITIES, INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.; UBS SECURITIES LLC; GOLDMAN, SACHS & CO.; J.P. MORGAN SECURITIES INC.; COUNTRYWIDE SECURITIES CORPORATION; FBR CAPITAL MARKETS & CO.; HSBC SECURITIES (USA), INC.; BANC OF AMERICA SECURITIES LLC; RESIDENTIAL FUNDING SECURITIES, LLC; BARCLAYS CAPITAL INC.; ACE SECURITIES CORPORATION; AMERIQUEST MORTGAGE SECURITIES INC.; ARGENT SECURITIES INC.; ASSET BACKED FUNDING CORPORATION; ASSET BACKED SECURITIES CORPORATION; BEAR STEARNS ASSET BACKED SECURITIES I LLC; CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.; CWABS, INC.; FBR SECURITIZATION, INC.; FINANCIAL ASSET SECURITIES CORP.; FREMONT MORTGAGE SECURITIES CORPORATION; GS MORTGAGE SECURITIES CORP.; HSI ASSET SECURITIZATION CORPORATION; LONG BEACH SECURITIES CORP.; MERRILL LYNCH MORTGAGE INVESTORS, INC.; MORGAN STANLEY ABS CAPITAL I INC.; MORGAN STANLEY CAPITAL I INC.; MORTGAGE ASSET SECURITIZATION TRANSACTIONS, INC.; | Civil Action No. 1:11-cv-10992-NMG <br><br><br><br><br><br> **ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME TO FILE DEFENDANTS' BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND** <br><br><br><br><br> **[CAPTION CONTINUED ON NEXT PAGE]** |

NEW CENTURY MORTGAGE
SECURITIES LLC; NEW CENTURY
MORTGAGE SECURITIES, INC.;
NOVASTAR MORTGAGE FUNDING
CORPORATION; PARK PLACE
SECURITIES, INC.; POPULAR ABS, INC.;
RESIDENTIAL ASSET MORTGAGE
PRODUCTS, INC.; RESIDENTIAL ASSET
SECURITIES CORPORATION; SAXON
ASSET SECURITIES COMPANY;
SECURITIZED ASSET BACKED
RECEIVABLES LLC; and STANWICH
ASSET ACCEPTANCE COMPANY, L.L.C.

Defendants.

Defendants Barclays Capital Inc., Securitized Asset Backed Receivables LLC, Credit

Suisse Securities (USA) LLC, Credit Suisse First Boston Mortgage Securities Corp., Asset

Backed Securities Corporation, Goldman, Sachs & Co., GS Mortgage Securities Corp., Morgan

Stanley & Co. Incorporated, Morgan Stanley Capital I Inc., Morgan Stanley ABS Capital I Inc.,

Saxon Asset Securities Company, Citigroup Global Markets Inc., UBS Securities LLC,

Mortgage Asset Securitization Transactions, Inc., Banc of America Securities LLC, Merrill

Lynch, Pierce, Fenner & Smith, Inc., Merrill Lynch Mortgage Investors, Inc., Asset Backed

Funding Corporation, RBS Securities Inc., Greenwich Capital Acceptance, Inc., Financial Asset

Securities Corp., Countrywide Securities Corporation, CWABS, Inc., CWHEQ, Inc., J.P.

Morgan Securities, Inc., Bear Stearns Asset Backed Securities I LLC, Long Beach Securities

Corp., Popular ABS, Inc., Residential Funding Securities, LLC, Residential Asset Mortgage

Products, Inc., Residential Asset Securities Corporation, HSBC Securities (USA), Inc., HSI

Asset Securitization Corporation, FBR Securitization, Inc., FBR Capital Markets & Co.,

Ameriquest Mortgage Securities, Inc., Argent Securities, Inc., Park Place Securities, Inc.,

Novastar Mortgage Funding Corporation, Stanwich Asset Acceptance Company LLC, Deutsche

Bank Securities, Inc., Fremont Mortgage Securities Corp., and Ace Securities Corp. (collectively "Defendants") hereby move for additional time in which to respond to Plaintiff Cambridge Place Investment Management's ("CPIM") Motion to Remand this Action.  Plaintiff CPIM, through counsel, assents to the motion.

As grounds therefor, Defendants state:

1.      Plaintiff CPIM commenced this action on February 11, 2011 by filing its Complaint and Jury Demand (the "Complaint") in the Superior Court of the Commonwealth of Massachusetts (the "State Court") entitled "*Cambridge Place Investment Management Inc. v. Morgan Stanley & Co., Inc., et al.*," Civil Action No. 11-0555-BLS (the "Action").  Certain Defendants were served with the Complaint on or after May 5, 2011.

2.      On June 3, 2011, Defendants HSBC Securities (USA) Inc. and HSI Asset Securitization Corporation filed a Notice of Removal of this Action with the Clerk for the United States District Court for the District of Massachusetts (ECF No. 1) and, pursuant to 28 U.S.C. § 1446(d), promptly gave written notice thereof to all adverse parties and filed a copy of the Notice of Removal with the clerk of the State Court.

3.      On June 3, 2011 and thereafter, all other defendants who were served with the Complaint or otherwise appeared in this Action filed Joinders in the Notice of Removal and Notices of Consent to Removal, while reserving all rights and defenses.

4.      On July 5, 2011, Plaintiff CPIM moved to remand this Action pursuant to 28 U.S.C. §§ 1447(c) and 1452.

5.      The parties in *Cambridge Place Investment Management Inc. v. Morgan Stanley, et al.*, Civ. No. 10-11376 ("*Cambridge I*") are in the process of briefing a motion to remand,

which involves similar factual and legal questions relating to remand to those raised by Plaintiff CPIM's Motion to Remand in this Action.

6.      On July 19, 2011, Plaintiff CPIM and Defendants (collectively, the "Parties") entered a Stipulated Proposed Order (the "July 19, 2011 Stipulation") whereby CPIM agreed to stipulate to the entry of an order denying its Motion to Remand this Action if this Court denies CPIM's Motion to Remand in *Cambridge I* within five (5) business days of such denial, while Defendants agreed to stipulate to the entry of an order granting Plaintiff CPIM's Motion to Remand this Action if this Court grants Plaintiff CPIM's Motion to Remand in *Cambridge I* within five (5) business days of such grant.[1]

7.      The Parties believe that judicial economy will be served by staying further briefing on the Motion to Remand in this Action until after the Court issues its decision on CPIM's Motion to Remand in *Cambridge I* so that the Parties can fulfill their obligations under the July 19, 2011 Stipulation.

WHEREFORE, the Parties respectfully request that this Court:

1.      Enter an order extending Defendants' time to respond to Plaintiff CPIM's Motion to Remand in this Action in accordance with the July 19, 2011 Stipulation to a date five (5) business days after this Court issues its decision on Plaintiff CPIM's Motion to Remand in *Cambridge I*; and

2.      Grant such further relief as may be just and proper.

---

[1]      Nothing in this Motion or the July 19, 2011 Stipulation is intended to confer or create any rights to interlocutory appeal or other review that do not otherwise exist or to waive any rights to interlocutory appeal or other review that otherwise exist or any subsequently occurring grounds for remand or removal of this action.

July 19, 2011

Respectfully submitted,

BARCLAYS CAPITAL INC. AND SECURITIZED
ASSET BACKED RECEIVABLES LLC,

By their attorneys,

/s/ Gary R. Greenberg
Gary R. Greenberg (BBO #209420)
GREENBERG TRAURIG, LLP
One International Place
Boston, MA 02110
Tel:  (617) 310-6000
Fax: (617) 310-6001
greenbergg@gtlaw.com

Joseph J. Frank (admitted *pro hac vice*)
Steven J. Fink (admitted *pro hac vice*)
Matthew L. Craner (admitted *pro hac vice*)
Agnès Dunogué (admitted *pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 W. 52nd Street
New York, New York 10019
Tel: (212) 506-5000
Fax: (212) 506-5151

GOLDMAN, SACHS & CO. AND GS
MORTGAGE SECURITIES CORP.,

By their attorneys,

/s/ Anothony A. Bongiorno
Anthony A. Bongiorno (BBO #554356)
Kevin M. Bolan (BBO #657841)
MCDERMOTT WILL & EMERY LLP
28 State Street
Boston, MA 02109
Tel: (617) 535-4046
Fax: (617) 535-3800
abongiorno@mwe.com
kbolan@mwe.com


Of Counsel
Richard H. Klapper
Theodore Edelman
Christopher J. Dunne
Jessica P. Stokes
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004-2498
Tel:  (212) 558-4000
Fax:  (212) 558-3588
klapperr@sullcrom.com
edelmant@sullcrom.com
dunnec@sullcrom.com
stokesj@sullcrom.com

MORGAN STANLEY & CO. INCORPORATED,
MORGAN STANLEY ABS CAPITAL I INC.,
MORGAN STANLEY CAPITAL I INC., AND
SAXON ASSET SECURITIES COMPANY,

By its attorneys,

/s/ Frances S. Cohen
Frances S. Cohen, BBO #542811
Brandon L. Bigelow, BBO #651143
BINGHAM MCCUTCHEN LLP
One Federal Street
Boston, Massachusetts 02110
Tel:  (617) 951-8000
Fax:  (617) 951-8736
frances.cohen@bingham.com
brandon.bigelow@bingham.com


Of Counsel
James P. Rouhandeh
Edmund Polubinski III (BBO # 643548)
Daniel J. Schwartz
Nicole Vanatko
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel:  (212) 450-4000
Fax:  (212) 701-5800
rouhandeh@davispolk.com
edmund.polubinski@davispolk.com
daniel.schwartz@davispolk.com
nicole.vanatko@davispolk.com

CITIGROUP GLOBAL MARKETS INC.,

By their attorneys,

/s/ Franklin H. Levy
Franklin H. Levy (BBO #297720)
Katherine Y. Fergus (BBO #637989)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, Massachusetts 02210-2243
Tel: (857) 488-4200
Fax: (857) 488-4201
fhlevy@duanemorris.com
kyfergus@duanemorris.com

Of Counsel
Brad S. Karp
Susanna M. Buergel
Charles E. Davidow
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Tel: (212) 373-3000
Fax: (212) 492-0553
sbuergel@paulweiss.com

CREDIT SUISSE SECURITIES (USA) LLC,
CREDIT SUISSE FIRST BOSTON MORTGAGE
SECURITIES CORP., AND ASSET BACKED
SECURITIES CORPORATION,

By their attorneys,

/s/ Stephen D. Poss
Stephen D. Poss (BBO #551760)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
Tel: (617) 570-1000
Fax: (617) 523-1231
sposs@goodwinprocter.com

Richard W. Clary
Michael T. Reynolds
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York  10019-7475
Tel: (212) 474-1000
Fax: (212) 474-3700
rclary@cravath.com
mreynolds@cravath.com

UBS SECURITIES LLC AND MORTGAGE
ASSET SECURITIZATION TRANSACTIONS,
INC.,

By their attorneys,

/s/ Kathy B. Weinman
Kathy B. Weinman (BBO # 541993)
Azure M. Abuirmeileh (BBO # 670325)
COLLORA LLP
600 Atlantic Avenue, 12th Floor
Boston, MA 02210-2211
Tel: (617) 371-1000
Fax: (617) 371-1037
kweinman@collorallp.com
aabuirmeileh@collorallp.com

Of Counsel
Barry G. Sher
Dan B. Goldman
Anthony Antonelli
PAUL, HASTINGS, JANOFSKY & WALKER LLP
Park Avenue Tower
75 E. 55th Street, First Floor
New York, NY 10022-3205
Tel: (212) 318-6000
Fax: (212) 319-4090

BANC OF AMERICA SECURITIES LLC,
MERRILL LYNCH, PIERCE, FENNER & SMITH
INC., MERRILL LYNCH MORTGAGE
INVESTORS, INC., ASSET BACKED FUNDING
CORPORATION, RBS SECURITIES INC., RBS
ACCEPTANCE INC. (F/K/A GREENWICH
CAPITAL ACCEPTANCE, INC.), AND
FINANCIAL ASSET SECURITIES CORP.,

By their attorneys,

/s/ Jeffrey B. Rudman
Jeffrey B. Rudman (BBO #433380)
Andrea J. Robinson (BBO #556337)
Christopher B. Zimmerman (BBO #653854)
Adam J. Hornstine (BBO #666296)
Brian J. Boyle Jr. (BBO #676683)
Katherine B. Dirks (BBO #673674)
WILMER CUTLER PICKERING HALE AND
DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
jeffrey.rudman@wilmerhale.com
andrea.robinson@wilmerhale.com
christopher.zimmerman@wilmerhale.com
adam.hornstine@wilmerhale.com
brian.boyle@wilmerhale.com
katherine.dirks@wilmerhale.com

COUNTRYWIDE SECURITIES CORPORATION,
CWABS, INC. AND CWHEQ, INC.,

By their attorneys,

/s/ Brian E. Pastuszenski
Brian E. Pastuszenski (BBO #391030)
John O. Farley (BBO #661296)
Daniel Roeser (BBO #675223)
GOODWIN PROCTER  LLP
Exchange Place
53 State Street
Boston, MA  02109
Tel: (617) 570-1000
Fax: (617) 523-1231
bpastuszenski@goodwinprocter.com
jfarley@goodwinprocter.com
droeser@goodwinprocter.com

J.P. MORGAN SECURITIES, INC., BEAR
STEARNS ASSET BACKED SECURITIES I LLC,
AND LONG BEACH SECURITIES CORP.,

By their attorneys,

/s/ Beth I.Z. Boland
Beth I.Z. Boland (BBO #553654)
Nikki Jean Fisher (BBO #660268)
BINGHAM MCCUTCHEN LLP
One Federal Street
Boston, Massachusetts  02110
Tel: (617) 951-8000
Fax: (617) 951-8736
beth.boland@bingham.com
nikki.fisher@bingham.com

Of Counsel
Kenneth I. Schacter
Theo J. Robins
Brandyne S. Warren
BINGHAM MCCUTCHEN LLP
399 Park Avenue
New York, NY  10022
Tel: (212) 705-7000
Fax: (212) 752-5378

RESIDENTIAL FUNDING SECURITIES LLC
D/B/A GMAC RFC SECURITIES, RESIDENTIAL
ASSET MORTGAGE PRODUCTS,  INC. AND
RESIDENTIAL ASSET SECURITIES
CORPORATION,

By their attorneys,

/s/ John A. Houlihan
John A. Houlihan (BBO #542038)
Jamie C. Notman (BBO # 675597)
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA  02199-7613
Tel: (617) 239-0100
Fax: (617) 227-4420
jhoulihan@eapdlaw.com
jnotman@eapdlaw.com

HSBC Securities (USA), Inc. and HSI
Asset Securitization Corporation,

By their attorneys,

/s/ Joseph F. Ryan
Joseph F. Ryan (BBO #435720)
Lyne, Woodworth & Evarts LLP
12 Post Office Square
Boston, Massachusetts  02109
Tel:  (617) 523-6655
Fax:  (617) 248-9877
JRyan@lwelaw.com

Of Counsel
Richard A. Spehr
Michael O. Ware
Mayer Brown LLP
1675 Broadway
New York, New York 10019
Tel:  (212) 506-2500
Fax: (212) 262-1910
rspehr@mayerbrown.com
mware@mayerbrown.com

FBR CAPITAL MARKETS & CO.,

By its attorneys,

 /s/ William T. Hogan III
William T. Hogan III (BBO #237710)
NELSON MULLINS RILEY & SCARBOROUGH
LLP
One Boston Place, 40th Floor
Boston, MA 02108
Tel: (617) 573-4700
Fax: (617) 573-4741
bill.hogan@nelsonmullins.com

Of Counsel
Margaret A. Keeley
James H. Weingarten
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
Tel: (202) 434-5000
Fax: (202) 434-5029

FBR SECURITIZATION, INC.,

By its attorneys,

/s/ Kevin W. Clancy
Kevin W. Clancy (BBO #552590)
COOKE, CLANCY & GRUENTHAL, LLP
One Liberty Square
Boston, MA 02109
Tel: (617) 428-6800
Fax: (617) 428-6868
kclancy@ccg-law.com

Of Counsel
Edward J. Fuhr
Eric H. Feiler
Matthew P. Bosher
Trevor S. Cox
HUNTON & WILLIAMS LLP
951 E. Byrd Street
Riverfront Plaza, East Tower
Richmond, VA  23219
Tel:  (804) 788-8200
Fax:  (804) 788-8218

AMERIQUEST MORTGAGE, SECURITIES, INC.,
ARGENT SECURITIES, INC. AND PARK PLACE
SECURITIES, INC.,

By their attorneys,

/s/ Edward V. Colbert III
Edward V. Colbert III, BBO#566187
Nancy L. Perlman, BBO#656156
Erin E. Howard, BBO#666955
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02110
617-951-2800
ecolbert@lgllp.com
nperlman@lgllp.com
ehoward@lgllp.com

Of Counsel
Bernard E. LeSage
Karen L. Stevenson
David E. Mark
BUCHALTER NEMER, P.L.C.
1000 Wilshire Blvd., Suite 1500
Los Angeles, California 90014
213-891-0700
blesage@buchalter.com
kstevenson@buchalter.com
skeast@buchalter.com

NOVASTAR MORTGAGE FUNDING
CORPORATION,

By its attorneys,

/s/ Wm. Shaw McDermott
Wm. Shaw McDermott (BBO #330860)
Robert W. Sparkes, III (BBO #663626)
Phoebe S. Winder (BBO #567103)
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA  02111
Tel:  (617) 261-3100
Fax: (617) 261-3175
shaw.mcdermott@klgates.com
phoebe.winder@klgates.com
robert.sparkes@klgates.com

Of Counsel
William F. Alderman
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Tel:  (415) 773-5944
Fax: (415) 773-5759
walderman@orrick.com

STANWICH ASSET ACCEPTANCE COMPANY LLC,

By their attorneys,

/s/ Philip A. O'Connell, Jr.
Philip A. O'Connell, Jr. (BBO# 649343)
SNR DENTON US LLP
101 Federal Street, Suite 2750
Boston, MA  02110
Tel:  (617) 235-6802
Fax:  (617) 235-6899
philip.oconnelljr@snrdenton.com

Of Counsel
Justin N. Kattan
(justin.kattan@snrdenton.com)
Reid L. Ashinoff
(reid.ashinoff@snrdenton.com)
Jonathan D. Forstot
(jonathan.forstot@snrdenton.com)
SNR DENTON US LLP
1221 Avenue of the Americas
New York, NY 10020
Tel:  (212) 768-6700
Fax:  (212) 768-6800

DEUTSCHE BANK SECURITIES, INC. AND
ACE SECURITIES CORP.,

By their attorneys,

/s/ Ethan J. Brown
Ethan J. Brown (BBO #634982)
LATHAM & WATKINS LLP
355 South Grand Avenue
Los Angeles, CA  90071-1560
Tel: (213) 485-1234
Fax: (213) 891-8763
Ethan.Brown@lw.com

Of Counsel
Jamie L. Wine
John M. Falzone
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, New York 10022
Tel: (212) 906-1200
Fax: (212) 751-4864

FREMONT MORTGAGE SECURITIES CORP.,
By its attorneys,

/s/ James R. Carroll
James R. Carroll (BBO #554426)
Peter Simshauser (BBO #665153)
Christian R. Jenner (BBO #669255)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
Tel: (617) 573-4800
Fax: (617) 573-4822
james.carroll@skadden.com
peter.simshauser@skadden.com
christian.jenner@skadden.com

POPULAR ABS, INC.
By its attorneys,

/s/ Sean T. Carnathan
 Sean T. Carnathan (BBO #636889)
 Benjamin S. Kafka (BBO #640993)
 O'CONNOR, CARNATHAN AND MACK LLC
 Landmark One
 1 Van de Graaff Drive, Suite 104
 Tel:  (781) 359-9000
 Fax:  (781) 359-9001
 scarnathan@ocmlaw.net
 bkafka@ocmlaw.net

 Of Counsel
 John J. Murphy III
 Thomas W. Dymek
 STRADLEY RONON STEVENS & YOUNG LLP
 2600 One Commerce Square
 Philadelphia, PA  19103
 Tel:  (215) 564-8000
 Fax:  (215) 564-8120
 jmurphy@stradley.com
 tdymek@stradley.com

**RULE 7.1(A)(2) CERTIFICATE**

     I, Matthew L. Craner, hereby certify that on July 19, 2011, counsel for parties have conferred and ASSENTED to the allowance of this motion.

                           /s/ Matthew L. Craner_____

                           Matthew L. Craner

**CERTIFICATE OF SERVICE**

     I, Matthew L. Craner, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent via U.S. first class mail to those indicated as non-registered participants, who are attorneys of record for parties not otherwise represented by registered participants, on July 19, 2011.

                           /s/ Matthew L. Craner

                           Matthew L. Craner