UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAMBRIDGE PLACE INVESTMENT MANAGEMENT INC., <br><br> Plaintiff, <br><br> v. <br><br> MORGAN STANLEY & CO. INC., *et al.*, <br><br> Defendants. | CASE NO. 11-cv-10992 (NMG) <br><br> **NOTICE OF APPEARANCE** |

To the Clerk of this court and all parties of record:

    Please enter my appearance as counsel in the above-captioned matter for Defendants Deutsche Bank Securities Inc. and ACE Securities Corp.  I certify that I am admitted to practice in this court.

July 26, 2011

    /s/ Jennifer L. Giordano
    Jennifer L. Giordano (BBO # 650537)
    LATHAM & WATKINS LLP
    555 Eleventh Street, N.W.
    Suite 1000
    Washington, DC 20004-1304
    Tel: 202-637-1013
    Fax: 202-637-2201
    jennifer.giordano@lw.com

**LOCAL RULE 5.2(b) CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 26, 2011.

    /s/ Jennifer L. Giordano
    Jennifer L. Giordano