UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAMBRIDGE PLACE INVESTMENT MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> MORGAN STANLEY & CO., INC.; CITIGROUP GLOBAL MARKETS INC.; CREDIT SUISSE SECURITIES (USA) LLC; RBS SECURITIES, INC.; DEUTSCHE BANK SECURITIES, INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.; UBS SECURITIES LLC; GOLDMAN, SACHS & CO.; J.P. MORGAN SECURITIES INC.; COUNTRYWIDE SECURITIES CORPORATION; FBR CAPITAL MARKETS & CO.; HSBC SECURITIES (USA), INC.; BANC OF AMERICA SECURITIES LLC; RESIDENTIAL FUNDING SECURITIES, LLC; BARCLAYS CAPITAL INC.; ACE SECURITIES CORPORATION; AMERIQUEST MORTGAGE SECURITIES INC.; ARGENT SECURITIES INC.; ASSET BACKED FUNDING CORPORATION; ASSET BACKED SECURITIES CORPORATION; BEAR STEARNS ASSET BACKED SECURITIES I LLC; CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.; CWABS, INC.; FBR SECURITIZATION, INC.; FINANCIAL ASSET SECURITIES CORP.; FREMONT MORTGAGE SECURITIES CORPORATION; GS MORTGAGE SECURITIES CORP.; HSI ASSET SECURITIZATION CORPORATION; LONG BEACH SECURITIES CORP.; MERRILL LYNCH MORTGAGE INVESTORS, INC.; MORGAN STANLEY ABS CAPITAL I INC.; MORGAN STANLEY CAPITAL I INC.; MORTGAGE ASSET SECURITIZATION TRANSACTIONS, INC.; | Civil Action No. 1:11-cv-10992-NMG <br><br><br><br><br><br><br><br><br><br><br><br><br><br> **STIPULATED** ~~[PROPOSED]~~ **ORDER ON PLAINTIFF'S MOTION TO REMAND** <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> **[CAPTION CONTINUED ON NEXT PAGE]** |

1

NEW CENTURY MORTGAGE
SECURITIES LLC; NEW CENTURY
MORTGAGE SECURITIES, INC.;
NOVASTAR MORTGAGE FUNDING
CORPORATION; PARK PLACE
SECURITIES, INC.; POPULAR ABS, INC.;
RESIDENTIAL ASSET MORTGAGE
PRODUCTS, INC.; RESIDENTIAL ASSET
SECURITIES CORPORATION; SAXON
ASSET SECURITIES COMPANY;
SECURITIZED ASSET BACKED
RECEIVABLES LLC; and STANWICH
ASSET ACCEPTANCE COMPANY, L.L.C.

                    Defendants.

WHEREAS, Plaintiff Cambridge Place Investment Management Inc. ("CPIM") commenced this action on February 11, 2011, by filing its Complaint and Jury Demand in the Superior Court of the Commonwealth of Massachusetts (the "State Court") entitled "*Cambridge Place Investment Management Inc. v. Morgan Stanley & Co., Inc., et al.*," Civil Action No. 11-0555-BLS (including after removal to this Court as described below, the "Action");

WHEREAS, on June 3, 2011, Defendants HSBC Securities (USA) Inc. and HSI Asset Securitization Corporation filed a Notice of Removal of this Action with the Clerk for the United States District Court for the District of Massachusetts (ECF No. 1) and, pursuant to 28 U.S.C. § 1446(d), promptly gave written notice thereof to all adverse parties and filed a copy of the Notice of Removal with the clerk of the State Court;

WHEREAS, on June 3, 2011 and thereafter, all other defendants who were served with the Complaint or otherwise appeared in this Action (collectively with HSBC Securities (USA) Inc. and HSI Asset Securitization Corporation, "Defendants") filed Joinders in the Notice of Removal and Notices of Consent to Removal, while reserving all rights and defenses;

WHEREAS, on July 5, 2011, Plaintiff CPIM moved to remand this Action pursuant to 28 U.S.C. §§ 1447(c) and 1452;

WHEREAS, on July 21, 2011, the Court entered a Proposed Stipulated Order (the "July 21 Order") in which the Parties agreed that if this Court granted Plaintiff CPIM's Motion to Remand in *Cambridge Place Investment Management Inc. v. Morgan Stanley, et al.*, Civ. No. 10-11376 ("*Cambridge I*"), Defendants would stipulate within five (5) business days of such grant to entry of an order granting Plaintiff CPIM's Motion to Remand this Action;

WHEREAS, the July 21 Order provides that "[n]othing in this Stipulated Order is intended to confer or create any rights to interlocutory appeal or other review that do not otherwise exist or to waive any rights to interlocutory appeal or other review that otherwise exist or any subsequently occurring grounds for remand or removal of this Action"; and

WHEREAS, on August 22, 2011, the Court entered an order granting Plaintiff CPIM's Motion to Remand *Cambridge I*;

NOW, DEFENDANTS STIPULATE pursuant to the July 21 Order to the entry of an order granting Plaintiff CPIM's Motion to Remand this Action to the Superior Court of the Commonwealth of Massachusetts for Suffolk County. Plaintiff's motion to remand (Docket No. 107) is **ALLOWED.**

**SO ORDERED.**

*/s/ Nathaniel M. Gorton*
Nathaniel M. Gorton
United States District Judge

Dated: __Sept 14__, 2011