

## OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS
## JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE
## 1 COURTHOUSE WAY - SUITE 2300
## BOSTON, MASSACHUSETTS 02210
## TELEPHONE: 617-748-9152

**TO:**                                                          **RE:**

Suffolk Superior Court                          CIVIL ACTION #. 11-CV-10992-NMG

3 Pemberton Square, 13th Floor

Boston, MA 02108

Dear Clerk:

Please be advised that an order remanding the above entitled action to your court was entered on September 14, 2011 by the Honorable Nathaniel M. Gorton.

The following documents are included in our file and transmitted herewith:

( x )    Certified copy of the docket entries;

( x )    Certified copy of the Remand Order;

( x )    CM/ECF documents numbered: 1-127

Kindly acknowledge receipt of the above on the copy of this letter.

Respectfully,

SARAH A. THORNTON
CLERK OF COURT

Date:   9/14/2011                              By:   /s/ Kellyann Moore
                                                            Deputy Clerk

---

The documents listed above were received by me on _____ and assigned the following case number:_____.

By:_____
Deputy Clerk